# COMPLAINT

### (for non-prisoner filers without lawyers)

U.S. District Court
Wisconsin Eastern

JUL 2 0 2026

FILED
Clerk of Court

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff(s))

Paul A. Selle

v.

(Full name of defendant(s))

Check w/
Financial — $405.00
— Filing Fee ²⁶⁻¹²⁶⁸ NJ

Case Number:

_____
(to be supplied by Clerk of Court)

A.    PARTIES

1.    Plaintiff is a citizen of __Wisconsin__ and resides at
      (State)

__N6094 Bombinski Lane, White Lake 54491__
                    (Address)

(If more than one plaintiff is filing, use another piece of paper.)

2.    Defendant _____(See next page)_____
                                        (Name)

Complaint – 1

is (if a person or private corporation) a citizen of __Wisconsin__

(State, if known)

and (if a person) resides at _____

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _____

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.     STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.     Who violated your rights;
2.     What each defendant did;
3.     When they did it;
4.     Where it happened; and
5.     Why they did it, if you know.

Multiple people working for the "City of Menasha" government have Abused, Harassed, Neglected, and Intimidated me starting on May 18, 2025 to the present. When I requested "Public Records" from Nick Thorn (the Menasha Police Chief) he informed me there were no records of the complaints against my election yard signs nor records of the phone calls

by the Menasha Police Officers
to my cell phone 920-915-9144.
The Mayor of Menasha Austin Hammond
hired someone much less qualified for
the vacant position on the Landmark
Commission.

Kristine Hutter the City of Menasha
Health Dept Director and Head of the
Senior Center in Menasha has allowed
multiple people working at the Senior
Center to charge extra money to
people and members if they live in
the neighboring city of Neenah.

All the things the "Mayor" and his
subordinates are doing are turning
Downtown Menasha into a "Ghost Town"
after dark. The City of Menasha
is now buying up all the property that
they forced small business owners to
put up for sale. It looks like Fraud!
It is also "Election Interference" toward me.

## C. JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

## D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

1. Prosecute the guilty people.
2. Fire and replace guilty people.
3. Improve relations between Menasha and Neenah by having a "Twin-City" party for both towns to join together on Nicolet Blvd for a huge block party on the line between cities. Hire a "Beatles" tribute band and have them sing: "All You Need Is Love" as the first song and last song.
5. A payment of $1,000,000.⁰⁰ to Paul A. Selle.

E.    JURY DEMAND

I want a jury to hear my case.

☐ – YES          ☒ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this ___5th___ day of ___July___ 20_26_.

Respectfully Submitted,

*Paul A. Selle*
Signature of Plaintiff

920-915-9144
Plaintiff's Telephone Number

PS consultant6094@gmail.com
Plaintiff's Email Address

N6094 Bombinski Lane
White Lake, WI 54491
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☐  I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☒  I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5